B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

**Name of Debtor** (if individual, enter Last, First, Middle):
**Malfer, Richard M.**

**Name of Joint Debtor (Spouse)** (Last, First, Middle):
**Malfer, Laura H.**

All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names):
**None**

All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names):
**None**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-7581**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-0880**

Street Address of Debtor (No. and Street, City, and State):
**16610 Bobcat Trail**
**Cypress, TX**
ZIP CODE **77429**

Street Address of Joint Debtor (No. and Street, City, and State):
**16610 Bobcat Trail**
**Cypress, TX**
ZIP CODE **77429**

County of Residence or of the Principal Place of Business:
**Harris**

County of Residence or of the Principal Place of Business:
**Harris**

Mailing Address of Debtor (if different from street address):
**16610 Bobcat Trail**
**Cypress, TX**
ZIP CODE **77429**

Mailing Address of Joint Debtor (if different from street address):
**16610 Bobcat Trail**
**Cypress, TX**
ZIP CODE **77429**

Location of Principal Assets of Business Debtor (if different from street address above):
**N/A**
ZIP CODE

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:      Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.78.1, ID 0231613584)*

| B1 (Official Form 1) (04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Richard M. Malfer** **Laura H. Malfer** | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **Southern District of Texas, Houston** | Case Number: **00-36470-H2-7** | Date Filed: **7/13/2000** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X** /s/ John V. Burger
John V. Burger                                Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.78.1, ID 0231613584)*

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Richard M. Malfer<br>Laura H. Malfer |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X /s/ Richard M. Malfer**<br>   Richard M. Malfer<br>**X /s/ Laura H. Malfer**<br>   Laura H. Malfer<br><br>Telephone Number (If not represented by attorney)<br><br>Date | **Signature of a Foreign Representative**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br><br>**X /s/ John V. Burger**<br>   John V. Burger        Bar No. **03378650**<br><br>Burger Law Firm<br>4151 Southwest Freeway<br>Suite 770<br>Houston<br>TX<br>Phone No. **(713) 960-9696**    Fax No. **(713) 961-4403**<br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X_____<br><br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.78.1, ID 0231613584)*

ACS/Brazos
501 Bleecker St
Utica, NY 13501

ACS/NextStudent
501 Bleecker St
Utica, NY 13501

ACVS/Deutsche Bank
501 Bleecker St
Utica, NY 13501

AES/NCT
AES/DDB
PO Box 8183
Harrisburg, PA 17105

Ally Financial
Attn: Bankruptcy
PO Box 130424
Roseville, MN 55113

Am Std Asst
100 Cambridge St., Suite 1600
Boston, MA 02114

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd, Suite100
Addison, TX  75001

Burger Law Firm
4151 Southwest Freeway
Suite 770
Houston
TX

Calvary Portfolio Svcs (HSBC - ORCHARD)
Attention:  Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595


Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130


Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093


Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127


Chase
PO Box 15298
Wilmington, DE 19850


Compass Bank
10060 Skinner Lake Dr
Jacksonville, FL 32246


CS/US Bank
c/o ACS
Utica, NY 13501


Eos CCA   [AT&T MOBILITY]
700 Longwater Dr
Norwell, MA 02061


First Select Corporation [CHASE]
Attn: Bankruptcy
3200 Hobson St
Detroit, MI 48201

```
GECRB/Gap
PO Box 965005
Orlando, FL 32896



GM Financial
Po Box 181145
Arlington, TX 76096



Harris Cty Et AL (thru 12/13)
P.O. Box 4561
Houston, TX  77210-4561



HSBC Auto Finance / Santander
Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161



HSBC Bank
PO Box 5253
Carol Stream, IL 60197



HSBC/RoomStore
Attn: Bankruptcy Department
PO Box 5263
Carol Stream, IL 60197



Internal Revenue Service
SPB - Insolvency Section I
1919 Smith, Stop 5024-HOU
Houston, TX  77002



IRS  Special Procedures
2970 Market St.,
 Stop 5-Q30.133
Philadelphia, PA 19104-5016



John P. Dillman/T.Grundemeier
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX  77253-3064
```

John V. Burger
4151 SW Frwy #770
Houston, TX 77027


Laura H. Malfer
16610 Bobcat Trail
Cypress, TX  77429


Midland Funding [BENEFICIAL]
8875 Aero Dr Ste 200
San Diego, CA 92123


New Century Mtg - C/Carrington
1610 E. St. Andrew Place
B150
Santa Ana, CA 92705


Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008


Richard M. Malfer
16610 Bobcat Trail
Cypress, TX  77429


Sallie Mae
Attn: Claims Department
PO Box 9500
Wilkes-Barre, PA 18773


Santander Consumer USA
PO Box 961245
Ft Worth, TX 76161


Share Plus
5224 West Plano Parkway
Plano, TX 75093

```
Tomball ISD Tax (thru 12/13)
P O Box 276
Tomball, TX 77377-0276



United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX  77002



Verizon Wireless
Verizon Wireless Dept/Attn: Bankru
PO Box 3397
Bloomington, IL 61702


Wells Fargo Bank
MACQ 2123-013
POB 94423
Albuquerque, NM 87199


West Bay Acquis [STREAM SPE LTD]
1540 Pontiac Ave Ste A
Cranston, RI 02920
```

Debtor(s):  Richard M. Malfer
            Laura H. Malfer

Case No:
Chapter: 13

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ACS/Brazos
501 Bleecker St
Utica, NY 13501

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Harris Cty Et AL (thru 12/13)
P.O. Box 4561
Houston, TX  77210-4561

ACS/NextStudent
501 Bleecker St
Utica, NY 13501

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093

HSBC Auto Finance / Santander
Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

ACVS/Deutsche Bank
501 Bleecker St
Utica, NY 13501

Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127

HSBC Bank
PO Box 5253
Carol Stream, IL 60197

AES/NCT
AES/DDB
PO Box 8183
Harrisburg, PA 17105

Chase
PO Box 15298
Wilmington, DE 19850

HSBC/RoomStore
Attn: Bankruptcy Department
PO Box 5263
Carol Stream, IL 60197

Ally Financial
Attn: Bankruptcy
PO Box 130424
Roseville, MN 55113

Compass Bank
10060 Skinner Lake Dr
Jacksonville, FL 32246

Internal Revenue Service
SPB - Insolvency Section I
1919 Smith, Stop 5024-HOU
Houston, TX  77002

Am Std Asst
100 Cambridge St., Suite 1600
Boston, MA 02114

CS/US Bank
c/o ACS
Utica, NY 13501

IRS  Special Procedures
2970 Market St.,
 Stop 5-Q30.133
Philadelphia, PA 19104-5016

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Eos CCA   [AT&T MOBILITY]
700 Longwater Dr
Norwell, MA 02061

John P. Dillman/T.Grundemeier
Linebarger Goggan Blair & Samps
P.O. Box 3064
Houston, TX  77253-3064

Barrett Daffin Frappier Turner
15000 Surveyor Blvd, Suite100
Addison, TX  75001

First Select Corporation [CHASE
Attn: Bankruptcy
3200 Hobson St
Detroit, MI 48201

John V. Burger
4151 SW Frwy #770
Houston, TX 77027

Burger Law Firm
4151 Southwest Freeway
Suite 770
Houston
TX

GECRB/Gap
PO Box 965005
Orlando, FL 32896

Laura H. Malfer
16610 Bobcat Trail
Cypress, TX  77429

Calvary Portfolio Svcs (HSBC -
Attention:  Bankruptcy Departme
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

GM Financial
Po Box 181145
Arlington, TX 76096

Midland Funding [BENEFICIAL]
8875 Aero Dr Ste 200
San Diego, CA 92123

Case 13-33355   Document 1   Filed in TXSB on 06/01/13   Page 10 of 17

Debtor(s):  Richard M. Malfer
            Laura H. Malfer

Case No:

Chapter: 13

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

New Century Mtg - C/Carrington
1610 E. St. Andrew Place
B150
Santa Ana, CA 92705

West Bay Acquis [STREAM SPE LTD
1540 Pontiac Ave Ste A
Cranston, RI 02920

Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008

Richard M. Malfer
16610 Bobcat Trail
Cypress, TX  77429

Sallie Mae
Attn: Claims Department
PO Box 9500
Wilkes-Barre, PA 18773

Santander Consumer USA
PO Box 961245
Ft Worth, TX 76161

Share Plus
5224 West Plano Parkway
Plano, TX 75093

Tomball ISD Tax (thru 12/13)
P O Box 276
Tomball, TX 77377-0276

United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX  77002

Verizon Wireless
Verizon Wireless Dept/Attn: Ban
PO Box 3397
Bloomington, IL 61702

Wells Fargo Bank
MACQ 2123-013
POB 94423
Albuquerque, NM 87199

*John V. Burger, Bar No. 03378650*
*Burger Law Firm*
*4151 Southwest Freeway*
*Suite 770*
*Houston*
*TX*
*(713) 960-9696*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:  
**Richard M. Malfer**  
**Laura H. Malfer**  
Debtor(s)  

Case No.:  
SSN: xxx-xx-7581  
SSN: xxx-xx-0880  

## Numbered Listing of Creditors

Address:  
**16610 Bobcat Trail**  
**Cypress, TX  77429**

Chapter: 13

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | ACS/Brazos<br>501 Bleecker St<br>Utica, NY 13501<br>xxxxx5813 | Unsecured Claim | $0.00 |
| 2. | ACS/NextStudent<br>501 Bleecker St<br>Utica, NY 13501<br>xxxxx5812 | Unsecured Claim | $0.00 |
| 3. | ACS/NextStudent<br>501 Bleecker St<br>Utica, NY 13501<br>xxxxx5814 | Unsecured Claim | $0.00 |
| 4. | ACS/NextStudent<br>501 Bleecker St<br>Utica, NY 13501<br>xxxxx5811 | Unsecured Claim | $0.00 |
| 5. | ACVS/Deutsche Bank<br>501 Bleecker St<br>Utica, NY 13501<br>xxxxx5815 | Unsecured Claim | $14,791.00 |
| 6. | AES/NCT<br>AES/DDB<br>PO Box 8183<br>Harrisburg, PA 17105<br>xxxxxxxxxxxx0001 | Unsecured Claim | $0.00 |

in re: **Richard M. Malfer**
_____    _____
                    Debtor                                              Case No. (if known)

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 7. | Ally Financial<br>Attn: Bankruptcy<br>PO Box 130424<br>Roseville, MN 55113<br>xxxxxxxx9059 | Unsecured Claim | $0.00 |
| 8. | Am Std Asst<br>100 Cambridge St., Suite 1600<br>Boston, MA 02114<br>xx8996 | Unsecured Claim | $20,251.00 |
| 9. | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410<br>xxxxxxxxxxxx0442 | Unsecured Claim | $2,765.00 |
| 10. | Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd, Suite100<br>Addison, TX  75001 | Unsecured Claim | |
| 11. | Calvary Portfolio Svcs (HSBC - ORCHARD]<br>Attention:  Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595<br>xxxx8421 | Unsecured Claim | $862.00 |
| 12. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx9973 | Unsecured Claim | $4,022.00 |
| 13. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx5978 | Unsecured Claim | $3,902.00 |
| 14. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx1616 | Unsecured Claim | $1,772.00 |
| 15. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx1616 | Unsecured Claim | $1,772.00 |

in re: **Richard M. Malfer**

Debtor | Case No. (if known)

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 16. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx1697 | Unsecured Claim | $258.00 |
| 17. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx2016 | Unsecured Claim | $0.00 |
| 18. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx1014 | Unsecured Claim | $0.00 |
| 19. | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130<br>xxxxxxxxxxxx2877 | Unsecured Claim | $0.00 |
| 20. | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093<br>xxxxxxxxxxxx1001 | Secured Claim | $2,377.00 |
| 21. | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093<br>xxxxxxxxxxxx1001 | Unsecured Claim | $0.00 |
| 22. | Chase<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127<br>xxxxxxxx7672 | Secured Claim | $165,000.00 |
| 23. | Chase<br>PO Box 15298<br>Wilmington, DE 19850<br>xxxxxxxxxxxx9245 | Unsecured Claim | $0.00 |
| 24. | Chase<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127<br>xxxxxxxx7672 | Secured Claim | $45,000.00 |

Page 3

in re: **Richard M. Malfer**
_____    _____
                         Debtor                              Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Compass Bank<br>10060 Skinner Lake Dr<br>Jacksonville, FL 32246<br>xxx3021 | Unsecured Claim | $0.00 |
| 26. CS/US Bank<br>c/o ACS<br>Utica, NY 13501<br>xxxxx5811 | Unsecured Claim | ($1.00) |
| 27. Eos CCA   [AT&T MOBILITY]<br>700 Longwater Dr<br>Norwell, MA 02061<br>xxx7342 | Unsecured Claim | $522.00 |
| 28. First Select Corporation [CHASE]<br>Attn: Bankruptcy<br>3200 Hobson St<br>Detroit, MI 48201<br>xxxxxxxx1070 | Unsecured Claim | ($1.00) |
| 29. GECRB/Gap<br>PO Box 965005<br>Orlando, FL 32896<br>xxxxxxxxxxxx6602 | Unsecured Claim | $0.00 |
| 30. GM Financial<br>Po Box 181145<br>Arlington, TX 76096<br>xxxxx4087 | Unsecured Claim | $0.00 |
| 31. Harris Cty Et AL (thru 12/13)<br>P.O. Box 4561<br>Houston, TX  77210-4561 | Secured Claim | $1,100.00 |
| 32. HSBC Auto Finance / Santander<br>Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161<br>xxxxxxxxxx5410 | Unsecured Claim | $0.00 |
| 33. HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx9874 | Unsecured Claim | $2,030.00 |

in re: **Richard M. Malfer**
_____   _____
                        Debtor                                                  Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx7688 | Unsecured Claim | $0.00 |
| 35. HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx2272 | Unsecured Claim | $0.00 |
| 36. HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx3427 | Unsecured Claim | $0.00 |
| 37. HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx9512 | Unsecured Claim | $0.00 |
| 38. HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx7934 | Unsecured Claim | $0.00 |
| 39. HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx3833 | Unsecured Claim | $0.00 |
| 40. HSBC/RoomStore<br>Attn: Bankruptcy Department<br>PO Box 5263<br>Carol Stream, IL 60197<br>xxxxxxxxxx2291 | Unsecured Claim | ($1.00) |
| 41. Internal Revenue Service<br>SPB - Insolvency Section I<br>1919 Smith, Stop 5024-HOU<br>Houston, TX  77002 | Unsecured Claim | $0.00 |
| 42. IRS  Special Procedures<br>2970 Market St.,<br> Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Priority Claim | $10,000.00 |

in re:   **Richard M. Malfer**

Debtor | | Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. John P. Dillman/T.Grundemeier<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 3064<br>Houston, TX  77253-3064 | Unsecured Claim | |
| 44. John V. Burger<br>4151 SW Frwy #770<br>Houston, TX 77027 | Priority Claim | $3,231.00 |
| 45. Midland Funding [BENEFICIAL]<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123<br>xxxxxx2687 | Unsecured Claim | $11,328.00 |
| 46. New Century Mtg - C/Carrington<br>1610 E. St. Andrew Place<br>B150<br>Santa Ana, CA 92705<br>xxx2327 | Unsecured Claim | ($1.00) |
| 47. Perdue, Brandon, Fielder,<br>Collins & Mott, L.L.P.<br>1235 North Loop West, Suite 600<br>Houston, TX  77008 | Unsecured Claim | |
| 48. Sallie Mae<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes-Barre, PA 18773<br>xxxxxxxxxxxxxxxxxx0910 | Unsecured Claim | $17,071.00 |
| 49. Sallie Mae<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes-Barre, PA 18773<br>xxxxxxxxxxxxxxxxxx0802 | Unsecured Claim | $11,026.00 |
| 50. Santander Consumer USA<br>PO Box 961245<br>Ft Worth, TX 76161<br>xxxxxxxxxxxxx1000 | Secured Claim | $19,720.00 |
| 51. Share Plus<br>5224 West Plano Parkway<br>Plano, TX 75093<br>xxxxxxxxx0003 | Unsecured Claim | $0.00 |

Page 6

in re: **Richard M. Malfer**

Debtor | | Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. Tomball ISD Tax (thru 12/13)<br>P O Box 276<br>Tomball, TX 77377-0276<br>xxxxxxxxx0133 | Secured Claim | $2,000.00 |
| 53. Verizon Wireless<br>Verizon Wireless Dept/Attn: Bankru<br>PO Box 3397<br>Bloomington, IL 61702<br>xxxxxxxxxx0003 | Unsecured Claim | $118.00 |
| 54. Wells Fargo Bank<br>MACQ 2123-013<br>POB 94423<br>Albuquerque, NM 87199<br>xxxxxxxxxxxxx9001 | Unsecured Claim | $0.00 |
| 55. West Bay Acquis [STREAM SPE LTD]<br>1540 Pontiac Ave Ste A<br>Cranston, RI 02920<br>xxxxxxxxx6995 | Unsecured Claim | $186.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, **Richard M. Malfer**, named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,* consisting of __7__ sheets (including this declaration), and that it is true and correct to the best of my information and belief. the best of my information and belief.

Debtor: **/s/ Richard M. Malfer**   Date: _____
**Richard M. Malfer**

Spouse: **/s/ Laura H. Malfer**   Date: _____
**Laura H. Malfer**

Page 7