UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  
    Richard M. Malfer  
    Laura H. Malfer  
        Debtor(s)

Case No. 13-33355-H5-13

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    William E. Heitkamp, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/01/2013.

2) The plan was confirmed on 08/20/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/23/2015, 02/09/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/25/2018.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,121.10.

10) Amount of unsecured claims discharged without payment: $152,837.17.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $171,194.85 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$171,194.85** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,431.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,623.07 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$11,054.07** |

Attorney fees paid and disclosed by debtor:     $269.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 14,791.00 | NA | NA | 0.00 | 0.00 |
| ACS/BRAZOS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 104.40 | 104.40 | 20.12 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 118.00 | 164.78 | 164.78 | 31.75 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 186.00 | 175.46 | 175.46 | 33.80 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,765.00 | NA | NA | 0.00 | 0.00 |
| CALVARY ASPV ! (ACI) | Unsecured | 862.68 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 1,414.67 | 1,936.63 | 1,414.67 | 1,414.67 | 102.59 |
| CAPITAL ONE BANK | Unsecured | 4,022.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 3,902.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,772.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,772.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carrington Mortgage Services, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL CORP | Unsecured | 1,857.42 | NA | NA | 0.00 | 0.00 |
| CS/US BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ECMC - EDUCATIONAL CREDIT MGM | Unsecured | 20,251.00 | 20,142.84 | 20,142.84 | 3,881.14 | 0.00 |
| FIRST SELECT CORPORATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GECRB/GAP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Unsecured | 25,000.00 | 35,928.71 | 35,928.71 | 6,922.77 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Priority | 8,502.16 | 8,502.16 | 8,502.16 | 8,502.16 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 522.00 | 443.16 | 443.16 | 85.39 | 0.00 |
| LIGHTHOUSE RECOVERY ASSOCIAT | Unsecured | 6,267.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 11,328.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC by AIS DATA SERVICES | Secured | 19,460.58 | 19,460.58 | 19,460.58 | 19,460.58 | 1,873.70 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,030.00 | 2,030.12 | 2,030.12 | 391.16 | 0.00 |
| PRAXIS FINANCIAL SOLUTIONS | Unsecured | 2,248.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE, INC | Unsecured | 17,071.00 | 18,427.32 | 18,427.32 | 3,550.58 | 0.00 |
| SALLIE MAE, INC | Unsecured | 11,026.00 | 11,207.44 | 11,207.44 | 2,159.45 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 38,000.00 | 38,000.00 | 38,000.00 | 38,000.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 0.00 | 0.00 | 0.00 | 73,710.92 | 0.00 |
| UNITED RECOVERY SYSTEMS INC | Unsecured | 2,092.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 1,671.00 | NA | NA | 0.00 | 0.00 |
| WELTMAN, WEINBERG & REIS CO LP | Unsecured | 24,816.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $73,710.92 | $0.00 |
| Mortgage Arrearage | $38,000.00 | $38,000.00 | $0.00 |
| Debt Secured by Vehicle | $20,875.25 | $20,875.25 | $1,976.29 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$58,875.25** | **$132,586.17** | **$1,976.29** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,502.16 | $8,502.16 | $0.00 |
| **TOTAL PRIORITY:** | **$8,502.16** | **$8,502.16** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,624.23** | **$17,076.16** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $11,054.07 |
| Disbursements to Creditors | $160,140.78 |
| **TOTAL DISBURSEMENTS :** | **$171,194.85** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/16/2018　　　　　　　　　　By: /s/ William E. Heitkamp
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**